IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION


FILED IN OPEN COURT
ON 4-17-13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

CASE NO. 4:13-MJ-1013

UNITED STATES OF AMERICA )
) ORDER FOR DISMISSAL
v. ) WITHOUT PREJUDICE
)
Cory P. Dimauro )
)

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: prosecutorial discretion

*(signature)*
SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the 17 day of April, 2013.

*(signature)*
United States Magistrate Judge

Case 4:13-mj-01013-RJ   Document 6   Filed 04/17/13   Page 1 of 1